

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2022

No. 04-22-00278-CR

Marco Antonio **CONTRERAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8169
Honorable Stephanie R. Boyd, Judge Presiding

## O R D E R

On November 18, 2022, appellant filed Appellant's Final Motion to Extend Time to File Brief. On that same day, appellant filed the brief. We **GRANT** the motion and **DEEM** the brief timely filed.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court